IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK KANG,                                 )<br>                                            )<br>    Plaintiff,                             )<br>                                            )<br>    v.                                      )<br>                                            ) C.A. No. 19-771-LPS<br>TRUE RELIGION APPAREL, INC.,                )<br>                                            )<br>    Defendant.                              )<br>                                            ) | |

## **STIPULATION TO STAY**

WHEREAS the parties have reached an agreement in principle resolving the above-captioned action;

WHEREAS the parties require additional time to finalize settlement of the action; and

WHEREAS the parties agree that the action should be stayed while they complete the settlement.

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to Court approval, that:

1. This action is stayed until further order of the Court.

2. The parties shall submit a joint status report within fourteen (14) days of entry of this order and thereafter every fourteen (14) days until a stipulation of dismissal is filed.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Stamatios Stamoulis* | */s/ Adam W. Poff* |
| Stamatios Stamoulis (No. 4606) | Adam W. Poff (No. 3990) |
| 800 N. West Street, Third Floor | Pilar G. Kraman (No. 5199) |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 999-1540 | Rodney Square |
| stamoulis@swdelaw.com | Wilmington, DE 19801 |
| | (302) 571-6600 |
| *Attorney for Plaintiff* | apoff@ycst.com |
| | pkraman@ycst.com |
| Dated: July 1, 2019 | *Attorneys for Defendant* |

SO ORDERED this __ day of _____, 2019.

_____
United States District Judge