**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JACK KANG, an individual

                Plaintiff,

      - v -

TRUE RELIGION (USA), INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:19-cv-00771-UNA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: September 11, 2019

/s/Stamatios Stamoulis_____
Stamatios Stamoulis
**STAMOULIS & WEINBLATT LLC**
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (646) 645-8482
E-mail: stamoulis@swdelaw.com

*Attorneys for Plaintiff*

/s/Adam Wyatt Poff_____
Adam Wyatt Poff
**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Tel: (302) 571-6600
E-mail: apoff@ycst.com

*Attorneys for Defendant*

SO ORDERED:

_____      Date: _____
Hon. Leonard P. Stark